**90–727.** State, ex rel. American Seaway Foods, Inc., v. Indus. Comm. *Franklin County*, No. 87AP–1214. Reported at 62 Ohio St.3d 50, 577 N.E.2d 1085. On motion for rehearing. Rehearing denied.

**90–1534.** State, ex rel. Hoover Co., v. Mayfield. *Franklin County*, No. 87AP–732. Reported at 62 Ohio St.3d 50, 577 N.E.2d 1085. On motion for rehearing. Rehearing denied.

**91–666.** State v. Morales. *Cuyahoga County*, Nos. 57868 and 57869. Reported at 62 Ohio St.3d 1446, 579 N.E.2d 491. On motion for rehearing. Rehearing denied.

WRIGHT, J., would hold this cause for decision in 90–2287, 90–2288, *State v. Murnahan*, Clark County, Nos. 2630 and 2161.

**91–1126.** Billman v. McMannis. *Franklin County*, No. 90AP–214. Reported at 62 Ohio St.3d 1417, 577 N.E.2d 662. On motion for rehearing. Rehearing denied.

**91–1243.** Cleveland v. Assn. of Cleveland Fire Fighters Local 93. *Cuyahoga County*, No. 58356. Reported at 62 Ohio St.3d 1433, 578 N.E.2d 825. On motion for rehearing. Rehearing denied.

HOLMES and WRIGHT, JJ., dissent.

**91–1288.** Alexander v. VanDyne & VanDyne. In Mandamus. Reported at 62 Ohio St.3d 1413, 577 N.E.2d 658. On motion for rehearing. Rehearing denied.

**91–1313.** Alexander v. Funk. In Quo Warranto. Reported at 62 Ohio St.3d 1413, 577 N.E.2d 659. On motion for rehearing. Rehearing denied.

**91–1326.** In re Bryant. *Cuyahoga County*, Nos. 58483 and 58484. Reported at 62 Ohio St.3d 1431, 578 N.E.2d 823. On motion for rehearing. Rehearing denied.

**91–1330.** Alexander v. Springfield Fed. S. & L. Assn. In Quo Warranto. Reported at 62 Ohio St.3d 1413, 577 N.E.2d 659. On motion for rehearing. Rehearing denied.

H. BROWN, J., dissents.

**91–1345.** Beechcrest Ctr., Inc. v. Hamilton Cty. Bd. of Elections. *Hamilton County*, No. C–900130. Reported at 62 Ohio St.3d 1431, 578 N.E.2d 823. On motion for rehearing. Rehearing denied.

SWEENEY and DOUGLAS, JJ., dissent.

**91–1368.** State v. Manning. *Lorain County*, No. 90CA004871. Reported at 62 Ohio St.3d 1434, 578 N.E.2d 825. On motion for rehearing. Rehearing denied.

**91–1434.** State v. Huffman. *Clark County*, No. CA–2752. Reported at 62 Ohio St.3d 1439, 579 N.E.2d 212. On motion for rehearing. Rehearing denied.

**91–1439.** State v. Patton. *Union County*, No. 14905. Reported at 62 Ohio St.3d 1439, 579 N.E.2d 212. On motion for rehearing. Rehearing denied.

**91–1442.** State v. Pargeon. *Licking County*, No. CA–3582. Reported at 62 Ohio St.3d 1441, 579 N.E.2d 214. On motion for rehearing. Rehearing denied.

DOUGLAS and RESNICK, JJ., dissent.

**91–1449.** Alexander v. Butts. In Quo Warranto. Reported at 62 Ohio St.3d 1413, 577 N.E.2d 659. On motion for rehearing. Rehearing denied.

**91–1518.** State v. Braylock. *Lucas County*, Nos. L–90–001 and L–90–121. Reported at 62 Ohio St.3d 1452, 579 N.E.2d 1391. On motion for rehearing. Rehearing granted and stay granted; *sua sponte*, cause held for decision in 91–203, *State v. Gill*, Summit County, No. 14668; briefing schedule stayed.